# CopyMax Work Order

6516097 Order Number ▲

Taken by Store # 318 | Produced by Store # 318

☐ WAITING
☐ CALL WHEN DONE
☐ QUOTE
☐ SPOKE

DATE IN 6/6 | TIME IN | DATE/TIME DUE 6/6 AM PM

TAKEN BY | PRODUCED BY | FINISHED BY | FINAL QC CHECK

COMPANY: Sabel | ACCT. #
CONTACT: Rick Kelley | PHONE: ( )
STREET: | ALT/FAX: ( )
CITY: | STATE | ZIP

## BLACK & WHITE COPIES $ 76.50

| Original Output | # of Orig. | X # of Sets | = Total Imp. | X Price | = $ Total |
|---|---|---|---|---|---|
| 1 / 1 | | X | = | X | = $ |
| | | X 275 | = | X | = $ 66.00 |
| 2 / 2 | | X Cover | = | X | = $ 30.00 |
| | | X | = | X | = $ |
| MIXED MIXED | | X | = | X | = $ |
| COLLATED | | X | = | X | = $ |

UNCOLLATED

SLIP SHEET | 8.5 x 11 | 8.5 x 14 | 11 x 17

PAPER WEIGHT: 20# White
COLOR: Ivory Cover Card

## DESKTOP PUBLISHING $

☐ Photo/Text Scans ☐ DTP ☐ Editing ☐ Tabs ☐ Other

$ $ $ $ $

## FULL COLOR COPIES/PRINTS $

| | # of Orig. | X # of Sets | = Total Imp. | X Price | = $ Total | |
|---|---|---|---|---|---|---|
| COLLATED | | X | = | X | = $ | PAPER TYPE: |
| UNCOLLATED | | X | = | X | = $ | PAPER SIZE: |

## BINDING & FINISHING $ 64.00

Plastic Comb | Wire Comb | Thermal | Coil | Other

Front Cover
Copy: Front Back Both None
Back Cover
Copy: Front Back Both None
Qty. X Price = $ Total
X = $

SPINE COLOR

☐ Fold & Staple | Fold No Staple
# of Booklets | Cover
Finished Size X ☐ Face Trim
X $

☐ Hand Collating
☐ Custom Assembly
☐ Paste Up

X = $ | X = $

☐ Custom ☐ Hand Fold
☐ Sample Enclosed
275 X .25 = $ 68.00

Custom
X = $

1-up ☐ 3-up ☐
2-up ☐ 4-up ☐
X
X = $

☐ Roll # of Ft Trim Size
☐ Trim ☐ Notes
☐ Letter ☐ Legal ☐ 11 x 17 ☐ I.D. Card ☐ Lug. Tag
X = $

Pages Per Pad:
# of Pads:
Pad Size:
X = $

## ENGINEERING/OVERSIZED $

| | # of Ft. | Price | Enlrg./Red. Charge | Total |
|---|---|---|---|---|
| PAPER TYPE: | X | | + | = |

## SHIPPING CHARGES (if applicable) $

☐ CopyMax Delivery ☐ UPS ☐ OTHER # of Boxes

OfficeMax
200 HILLSIDE ROAD
CRANSTON, RI. 2920
(401) 946-7080

Tell us about your shopping experience and enter to win 1 of 5 prizes of
www.officemax.com/store/survey

***** Duplicate *****
Not valid for return purposes

| | |
|---|---|
| 9951000000 | $30.00 N |
| 8W Coll | |
| 99510000014 | $66.00 N |
| B&W Coll | |
| 99510001027 | $68.75 N |
| Booklet making | |
| 275 @ $0.25 | |
| Subtotal | $164.75 |
| TOTAL | $164.75 |
| Check | $164.75 |
| Check number 001295 | |
| Authorization 4302 | |
| 4014619566 | |
| Tax Exempt ID: 000200471840 | |

0318 00009 10471

## SUBTOTAL $

Print Name
Signature
Cost Center Dept.

## CUSTOMER PROOF APPROVAL

I have received and reviewed or opted to waive a proof of my order for accuracy and completeness. I understand that in signing, I agree that any changes will result in additional charges.

Signature Date

Prices subject to change. Not responsible for orders left over 30 days. By placing the order, Customer agrees that OfficeMax's liability for any work performed at its CopyMax centers is limited to the cost of the job and OfficeMax is not responsible for any damage which may occur to originals.

OfficeMax®

OfficeMax #318
200 HILLSIDE ROAD
CRANSTON,RI. 2920
(401) 946-7040

Tell us abo... shopping experience
and enter ... 1 of 5 prizes at
www.officemax.com/store/survey

| | |
|---|---|
| 998100000054 | $30.00 N |
| FS B&W Coll LTR SS Col Car | |
| 998100000016 | $66.00 N |
| FS B&W Coll LTR SS 20#Wh/3 | |
| 998100002027 | $68.75 N |
| Booklet Making - Auto | |
| 275 @ $0.25 | |
| SubTotal | $164.75 |
| TOTAL | $164.75 |
| Check | $164.75 |
| Check number 001285 | |
| Authorization 4302 | |
| 14615568 | |

Tax Exempt ID: 000200471849

87542526
0316 00009 10471 1 06/06/05
00241074 12:27:50 PM

ORDER BY PHONE 1-877-OFFICEMAX

03180091047000106060505009