**ROBERT E. CRAVEN & ASSOCIATES**
*ATTORNEYS AT LAW*

**50 Park Row West, Suite 100, Providence, Rhode Island 02903**
**Phone (401) 453-2700 Facsimile (401) 453-1910**
**e-mail: rec@recravenlaw.com**

July 1, 2005

Office Max
150 East Pierce Road
Itacsa, Ill 60143

***Re: Illegal Search/False Arrest***

To Whom It May Concern:

Please be advised that this office has been retained by Mr. Rick Kelly with respect to an incident that took place on or about June 6, 2005 at Office Max located at 200 Hillside Road, in Cranston, Rhode Island.

Mr. Kelly was in your store placing a printing order (please see receipt), when your manager confronted my client and accused him of shop lifting. He was asked by the manager to accompany him to a small office located within the store. Our client was then asked to strip from the waist down and to pull up his shirt. Our client complied with the request and after having to stand in front of your manager nude for several minutes was allowed to re-dress. Our client was never charged by your store for shop-lifting and the local police were not called, nor did your manager ever recover any goods belonging to Office Max.

Our client has suffered great emotional distress as a result of the humiliation and embarrassment that he was made to endure. He was unable to return to your store to pick up his order or face the employees as a result of this humiliation. Please let this letter serve as notice of our intent to bring suit against Office Max for False Arrest and Illegal Search of our client.

At this time please provide our office with your company's complete written policy on your procedures for detaining shop-lifters as well as your training requirements for security personnel.

Very truly yours,

Robert E. Craven

REC/kb
enclosure

# United States District Court

DISTRICT OF

Richard Kelley

v.

OfficeMax, Inc.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: CA 05 525ML

TO: (Name and Address of Defendant)

OfficeMax, Inc.
150 East Pierce Road
Itasca, Illinois, 60143

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Robert E. Craven
50 Park Row West, Suite 100
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE

BY DEPUTY CLERK

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF

Richard Kelley

V.

OfficeMax, Inc.

## NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL

CASE NUMBER: CA 05 525ML

### NOTICE

To: OfficeMax, Inc. 150 East Pierce Road, Itasca IL, 60143
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 12/12/2005.
Date

[signature]
Signature of Sender

David Baker
Name of Sender

50 Park Row West, Suite 100 Providence, RI
Address of Sender

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ____________ at ____________

Date of Receipt — Address

Date of Signature

Signature

Name (Please Type or Print)

Relationship of Entity Served or Authority to Receive Service of Process

Current Address