**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

****************************
RICHARD KELLEY *
Plaintiff, *
*
v. *
* Civil Action No.: 05-525ML
OFFICEMAX, INC. *
Defendant *
*
****************************

# MOTION FOR ENTRY OF DEFAULT

Now comes the Plaintiff, Richard Kelley, and requests the court to issue an Entry of Default in his favor, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. In support of this motion, Plaintiff offers the following attached Memorandum.

Respectfully Submitted,
Richard Kelley,
By his attorney,

Robert E. Craven (#2938)
50 Park Row West, Suite 100
Providence, RI 02903
Tel: (401) 453-2700
Fax: (401) 453-1910

Dated: January 16, 2006

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on the 19th day of January 2006 to William R. Vanhole, Associate General Counsel to Office Max, at 1111 West Jefferson Street, Boise, ID 83728

____________________

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

****************************
RICHARD KELLEY *
Plaintiff, *
*
v. *
* Civil Action No.: 05-525ML
OFFICEMAX, INC. *
Defendant *
*
****************************

**MEMORANDUM TO PLAINTIFF"S MOTION FOR ENTRY OF DEFAULT**

## Introduction

The Plaintiff in the above-captioned action, Richard Kelley, requests the court to issue an Entry of Default in his favor, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. In support of this motion, Plaintiff offers the following memorandum. Additionally, see attached Affidavit by the attorney for Plaintiff. (Exhibit 1).

## Facts

Plaintiff filed his complaint for the above-captioned action on or about December 16, 2005. Service of a copy of Summons and Complaint were served on Defendant by mail on December 16, 2005. Defendant is a Delaware corporation with its principle place of business at 150 East Pierce Road, Itacsa, Illinois. As of the date of this filing, Defendant has not entered an appearance or filed a responsive pleading to the complaint.

Prior to filing his complaint, Plaintiff communicated his demand for relief directly to Defendant by mail to the address listed above. (Exhibit 2). Defendant promptly

responded with a follow-up correspondence requesting details as to Plaintiff's allegations. (Exhibit 3). Therefore, the address above is a proper and appropriate address in serving Defendant.

As Defendant has failed to respond to Plaintiff's complaint in the required time period under Rule 12(a) of the Federal Rules of Civil Procedure, Plaintiff requests that this Court enter Judgment by Default in favor of Plaintiff. Service was not waived by Defendant and Defendant is located within a judicial district of the United States. As of this filing, Defendant has failed to respond for a period of 31 days.

## Conclusion

As the action above involves damages that are not sums certain, the Plaintiff, Richard Kelley, hereby request that the Court issue an Entry of Default on all matters of liability, Pursuant to Rule 55 of the Federal Rules of Civil Procedure, granting Plaintiff the following relief:

a. Enter default against Defendant as to Plaintiff's claim of false imprisonment,

b. Enter default against Defendant as to Plaintiff's claim of negligent hiring, retention, supervision and training,

c. Enter default against Defendant as to Plaintiff's claim of sexual assault,

d. Enter default against Defendant as to Plaintiff's claim of defamation,

e. Enter default against Defendant as to Plaintiff's claim of common-law invasion of privacy,

f. Enter default against Defendant as to Plaintiff's claim of intentional infliction of emotional distress,

g. Enter default against Defendant as to Plaintiff's claim of punitive damages,

h. Enter default against Defendant as to Plaintiff's claim of reasonable attorneys fees, ascertainable as a sum certain in the amount of two thousand, four hundred dollars ($2,400.00).

Respectfully Submitted,
Richard Kelley,
By his attorney,

Robert E. Craven (#2938)
50 Park Row West, Suite 100
Providence, RI 02903
Tel: (401) 453-2700
Fax: (401) 453-1910

Dated: January 16, 2006

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on the 19th day of January 2006 to William R. Vanhole, Associate General Counsel to Office Max, at 1111 West Jefferson Street, Boise, ID 83728

[signature]