UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

****************************
RICHARD KELLEY *
Plaintiff, *
*
v. *
* Civil Action No.: 05-525ML
OFFICEMAX, INC. *
Defendant *
*
****************************

**AFFIDAVIT OF ATTORNEY FOR THE PLAINTIFF,**
**ROBERT E. CRAVEN**

I, Robert E. Craven, state on oath as follows:

1. I am the attorney for the Plaintiff in the above-captioned action.

2. A copy of the Summons and Complaint was served on Defendant on December 16, 2005, by first-class U.S. mail, postage paid.

3. Service was made to an address that had previously yielded return correspondence on the issues involved in this action.

4. Defendant has no answered or otherwise appeared in this action, and the time within which Defendant may appear has expired.

5. I further state that Defendant is a corporate entity, and is therefore not on active military service, and is not a minor or incompetent person.

SIGNED UNDER THE PAIN AND PENALTIES OF PERJURY ON THE DATE SET FORTH BELOW

DATED: 1/18/06

Robert E. Craven

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on the 19th day of January 2006 to William R. Vanhole, Associate General Counsel to Office Max, at 1111 West Jefferson Street, Boise, ID 83728

[signature]