**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RICHARD KELLEY
*Plaintiff*

vs. C.A. No.: 05-0525 ML

OFFICEMAX, INC.
*Defendant*

**ENTRY OF APPEARANCE**

Now comes Stephen B. Lang and hereby enters his appearance on behalf of Defendant OfficeMax, Inc. in the above-entitled matter.

Stephen B. Lang (#0145)
HIGGINS CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

**CERTIFICATION**

I hereby certify that on this 24 day of Jan, 2006 a true copy of the foregoing was mailed, postage pre-paid, to:

Robert E. Craven, Esq.
Robert E. Craven & Associates
50 Park Row West, Suite 100
Providence, RI 02903