**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RICHARD KELLEY
*Plaintiff*

vs. C.A. No.: 05-0525 ML

OFFICEMAX, INC.
*Defendant*

**DEFENDANT'S OBJECTION TO MOTION FOR ENTRY OF DEFAULT**

Now comes Defendant OfficeMax, Inc. and hereby objects to the Plaintiff's motion for entry of default.

By agreement of the parties the said motion is to be withdrawn.

OFFICEMAX, INC.

By its Attorneys,

HIGGINS CAVANAGH & COONEY, LLP

Stephen B. Lang (#0145)
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

**CERTIFICATION**

I hereby certify that on this 24 day of January, 2006 a true copy of the foregoing was mailed, postage pre-paid, to:

Robert E. Craven, Esq.
Robert E. Craven & Associates
50 Park Row West, Suite 100
Providence, RI 02903