**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RICHARD KELLEY
*Plaintiff*

vs. C.A. No.: 05-0525 ML

OFFICEMAX, INC.
*Defendant*

## STIPULATION

Plaintiff's motion for entry of default is hereby withdrawn. The Defendant shall have up to and including **February 13, 2006** to respond to Plaintiff's Complaint.

RICHARD KELLEY

By his Attorneys,

ROBERT E. CRAVEN & ASSOCIATES

[signature]

Robert E. Craven (#2938)
50 Park Row West, Suite 100
Providence, RI 02903
Tel: (401) 453-2700
Fax: (401) 453-1910

Dated: 1/24/06

OFFICEMAX, INC.

By its Attorneys,

HIGGINS CAVANAGH & COONEY, LLP

[signature]

Stephen B. Lang (#0145)
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

Dated: 1/24/2006

## CERTIFICATION

I hereby certify that on this 24 day of January, 2006 a true copy of the foregoing was mailed, postage pre-paid, to:

Robert E. Craven, Esq.
Robert E. Craven & Associates
50 Park Row West, Suite 100
Providence, RI 02903

[signature]

Enter: Mary M. Lisi as DJ 1/25/06