**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RICHARD KELLEY
*Plaintiff*

vs. C.A. No.: 05-0525 ML

OFFICEMAX, INC.
*Defendant*

**NOTICE OF DEPOSITION**

Kindly take notice that on **Tuesday, April 18, 2006 at 10:00 AM** at the offices of HIGGINS, CAVANAGH & COONEY, LLP, 123 Dyer Street, Providence, Rhode Island, the attorneys for the Defendant will take the deposition of Plaintiff **Richard Kelley** for the purpose of discovery, or for use as evidence, or both, before a Notary Public in and for the State of Rhode Island, or before some other officer authorized to administer oaths.

OFFICEMAX, INC.

By its Attorneys,

HIGGINS CAVANAGH & COONEY, LLP

Stephen B. Lang (#0145)
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

**CERTIFICATION**

I hereby certify that on this 13 day of February, 2006 a true copy of the foregoing was mailed, postage pre-paid, to:

Robert E. Craven, Esq.
Robert E. Craven & Associates
50 Park Row West, Suite 100
Providence, RI 02903

Woods Reporting
225 Reservoir Avenue
Providence, RI 02907

[signature]