**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RICHARD KELLEY
*Plaintiff*

vs. C.A. No.: 05-0525 ML

OFFICEMAX, INC.
*Defendant*

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF OFFICEMAX, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, OfficeMax, Inc., now known as OfficeMax North America, Inc., states that it is an Ohio corporation with its principal place of business in Itasca, Illinois. It is a wholly-owned subsidiary of OfficeMax Incorporated. OfficeMax Incorporated is a Delaware corporation with its principal place of business in Itasca, Illinois. Its shares are traded on the New York Stock Exchange. OfficeMax Incorporated has no parent corporation and no individual or publicly held corporation owns 10% or more of OfficeMax Incorporated's common stock. The only current subsidiary or affiliate of OfficeMax Incorporated whose stock is publicly held is Cuban Electric Company, a Florida corporation.

Dated: 2/13/06

OfficeMax North America Inc. f/k/a
OfficeMax, Inc.

By: ______________________

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of February, 2006, I mailed a copy of the within document to Robert E. Craven, Esq., 50 Park Row West, Suite 100, Providence, RI 02903.