RECEIVED
JUN 07 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RICHARD KELLEY
*Plaintiff*

vs. C.A. No.: 05-0525 ML

OFFICEMAX, INC.
*Defendant*

**DISMISSAL STIPULATION**

The Plaintiff's complaint is hereby dismissed with prejudice, no interest no costs.

RICHARD KELLEY

By his Attorneys,

ROBERT E. CRAVEN & ASSOCIATES

Robert E. Craven (#2938)
50 Park Row West, Suite 100
Providence, RI 02903
Tel: (401) 453-2700
Fax: (401) 453-1910

Dated: 5/31/06

OFFICEMAX, INC.

By its Attorneys,

HIGGINS CAVANAGH & COONEY, LLP

Stephen B. Lang (#0145)
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

Dated: 6/6/06

**CERTIFICATION**

I hereby certify that on this 31st day of May, 2006 a true copy of the foregoing was mailed, postage pre-paid, to:

Robert E. Craven, Esq.
Robert E. Craven & Associates
50 Park Row West, Suite 100
Providence, RI 02903

Enter: Mary M. Lisi USDJ 6/7/06

**CERTIFICATION**

I hereby certify that on this 7th day of June, 2006 a true copy of the foregoing was mailed, postage pre-paid, to:

Robert E. Craven, Esq.
Robert E. Craven & Associates
50 Park Row West, Suite 100
Providence, RI 02903

Nancy Hebert